1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# United States District Court
# Central District of California

SHIHABUL ALAM,

                    Plaintiff,

         v.

GARFIELD BEACH CVS, LLC et al.,

                    Defendants.

Case No. 2:15-cv-00935-ODW(ASx)

**ORDER TO SHOW CAUSE RE.
SETTLEMENT**

In light of the Minutes of Settlement Conference held before Magistrate Judge Alka Sagar (ECF No. 14), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by September 4, 2015**, why settlement has not been finalized. No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

August 4, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**