|  |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SHIHABUL ALAM, an individual, | ) Case No. CV15-00935-ODW (ASx) |
|---|---|
| Plaintiff, | ) |
| vs. | ) [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| CVS PHARMACY, INC., GARFIELD BEACH CVS, L.L.C., and DOES 1 through 50 inclusive, | ) |
| Defendants. | ) |

**ORDER**

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety, each side to bear its/his own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 8, 2015

_____
Honorable Otis D. Wright II
United States District Judge